IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 1:15-CR-323(MAD) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| | ) | Violations: 18 U.S.C. §§ 922(g)(1) & 924(a)(2) [Felon in Possession of Firearms] |
| | ) | |
| | ) | 18 U.S.C. §§ 922(g)(8) & 924(a)(2) [Possession of Firearms by a Person Subject to a Protective Order] |
| **CORY M. SADDLEMIRE,** | ) | |
| | ) | 2 Counts & Forfeiture Allegation |
| **Defendant.** | ) | County of Offense: Rensselaer |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Felon in Possession of Firearms]**

On or about September 1, 2015, in Rensselaer County in the Northern District of New York, the defendant, **CORY M. SADDLEMIRE**, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce the following firearms:

    a.  a Rossi shotgun, model S201220, bearing serial number SR184716; and

    b.  a Marlin rifle, .22 caliber, bearing serial number 72322107,

in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
### [Possession of Firearms by a Person Subject to a Protective Order]

On or about September 1, 2015, in Rensselaer County in the Northern District of New York, the defendant, **CORY M. SADDLEMIRE**, then being subject to a court order that: was issued after a hearing of which he had received actual notice, and at which he had an opportunity to participate; restrained him from harassing, stalking, and threatening an intimate partner of his and engaging in other conduct that would place his intimate partner in reasonable fear of bodily injury; and included a finding that he represented a credible threat to the physical safety of such intimate partner and by its terms explicitly prohibited the use, attempted use, and threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, that is, an order of protection dated August 29, 2015, by the Troy City Court, Docket No. CR-06284-15, did knowingly possess in and affecting commerce the following firearms:

a. a Rossi shotgun, model S201220, bearing serial number SR184716; and

b. a Marlin rifle, .22 caliber, bearing serial number 72322107,

in violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1) set forth in Counts 1 and 2 of this Indictment, the defendant, **CORY M. SADDLEMIRE**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

   a. a Rossi shotgun, model S201220, bearing serial number SR184716; and

   b. a Marlin rifle, .22 caliber, bearing serial number 72322107.

## Substitute Assets

If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Dated: November 5, 2015

A TRUE BILL,   ***REDACTED***

Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By: Solomon Shinerock
Solomon Shinerock
Assistant United States Attorney
Bar Roll No. 519207

3